UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 6:19-CR-36-REW |
| v. | ) | |
| MITCHELL PETERS, | ) | ORDER |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition (DE 25) of United States Magistrate Judge Edward B. Atkins, addressing Defendant Mitchell Peters's guilty plea as to Counts Three and Four of the Indictment (DE 1). DE 24 (Minutes). Defendant appeared before Judge Atkins on September 25, 2019. *Id.* After consenting to plead before a United States Magistrate Judge (DE 22) and engaging in the full colloquy required by Rule 11, he proceeded to plead guilty. DE 25. Judge Atkins found Defendant competent to plead and that Defendant did so in a knowing and voluntary fashion; he further found that an adequate factual basis supported the plea as to each essential element of the charged offenses. *Id.* Accordingly, Judge Atkins recommended that the Court accept Defendant's plea and adjudge him guilty of the offenses charged in Counts Three and Four of the Indictment, as well as the forfeiture allegation of the Indictment. *Id.*

Defendant had three days within which to object to Judge Atkins's recommendation, and he has not done so. Nor has the United States objected. While this Court reviews *de novo* those portions of a Recommended Disposition to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate[] [judge's] factual or legal conclusions, under a *de novo*

1

or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). When the parties do not object to the Magistrate Judge's recommended disposition, they waive any right to review. *See* Fed. R. Crim. P. 59(b); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption).

The Court thus **ADOPTS** the Recommended Disposition (DE 25), accepts the plea, and **ADJUDGES** Mitchell Peters guilty of the offenses charged in Count Three and Four of the Indictment. The Court further preliminarily **ADJUDGES** forfeitable the DE-1 identified property, per Judge Atkins's recommendation and Defendant's concession of forfeitability at the rearraignment. An Order scheduling sentencing follows.

This the 1st day of October, 2019.

Signed By:
*Robert E. Wier* REW
United States District Judge